UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22806-Civ-COOKE/GOODMAN

KENETHIA DIXON,

    Plaintiff,

vs.

FULL CIRCLE HEALTH CARE, INC.,
ACADEMY OF MEDICAL SOLUTIONS, LLC,
MARK R. SPENCE, and AMALIA PINEDA

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 102) regarding Defendants' Motion for Summary Judgment (ECF No. 87).

In his R&R, Judge Goodman recommends that I deny Defendants' motion for summary judgment because numerous factual disputes about critical issues remain. Defendants filed objections to the R&R, to which Plaintiff responded. The Court has reviewed the motion for summary judgment, the R&R, Defendants' objections to the R&R, and Plaintiff's responses to Defendants' objections. Having considered all relevant legal authorities and the record, the Court agrees that the Motion for Summary Judgment ought to be denied. Many, if not all, of Defendants' objections insist that there are no genuine issues of material fact. The Court disagrees.

Accordingly, Judge Goodman's R&R (ECF No. 102) is **AFFIRMED and ADOPTED** as the Order of this Court. Defendants' Motion (ECF No. 87) is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 28th day of February 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*